NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACCELERON, LLC,**
*Plaintiff-Appellant*

**v.**

**DELL, INC.,**
*Defendant-Appellee*

---

2022-1620

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:12-cv-04123-TCB, Judge Timothy C. Batten, Sr.

---

## JUDGMENT

---

NORMAN ANDREW CRAIN, Thomas Horstemeyer, LLP, Atlanta, GA, argued for plaintiff-appellant. Also represented by CHARLES M. LANDRUM, III, ERIC G. MAURER, PAUL JOSEPH SPINA, IV.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for defendant-appellee. Also represented by WILLIAM A. CONLON; DAVID P. YIN, Washington, DC; LORI DING, Baker Botts LLP, Houston, TX; LAUREN J. DREYER, Washington, DC; PAULA D.

HEYMAN, KEVIN J. MEEK, McDermott Will & Emery LLP, Austin, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 13, 2023 | /s/ Jarrett B. Perlow |
| Date | Jarrett B. Perlow |
| | Clerk of Court |